

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**BRANDI F. VEGA**                                                **PLAINTIFF**

**v.**                                                        **CIVIL ACTION NO. 1:18-cv-395-MTP**

**COMMISSIONER OF SOCIAL SECURITY**                    **DEFENDANT**

## FINAL JUDGMENT

This cause having come before the Court on Plaintiff's Motion for Summary Judgment [14] and the Commissioner's Motion to Affirm [16], and the Court having entered an Opinion and Order granting in part and denying in part Plaintiff's Motion [14] and the Commissioner's Motion [16],

IT IS ORDERED AND ADJUDGED:

That this action is remanded to the Commissioner of Social Security.

This, the 6th day of August, 2020.

_____
Michael T. Parker
United States Magistrate Judge